**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 13-cr-0130-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **STUART BRYAN KING**

    Defendants.

---

**ORDER TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT**

---

    This matter is before the Court on the Government's Motion to Disclose Grand Jury Material (ECF No. 73), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).  HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same.  It is, therefore, ORDERED that:

1.    The United States Attorney's Office may disclose to the defense the grand jury records in the above-captioned case. The defense attorney is to maintain control over the material, keeping it in his confidential files and under the control of his or her confidential employees. The Court's Order here today permits pretrial disclosure of the grand jury records which would be disclosed pursuant to 18 U.S.C. §3500 or Federal Rules of Criminal Procedure 26.2 and 16.

2.    The grand jury material so disclosed is to be used for the purposes of the above captioned case, to include any appeals taken, and for no other

purpose until further order of this Court. The United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury material disclosed pursuant to this Order.

Dated this 15th day of November, 2013.

BY THE COURT:

William J. Martínez
United States District Judge