IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Kathleen Finney          Date:  August 27, 2014
Court Reporter:      Gwen Daniel           Probation:    Justine Kozak

_____

Criminal Action No. 13-cr-00130-WJM-1      <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Robert Brown

     Plaintiff,

v.

STUART BRYAN KING,
                                        John Sullivan
     Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

11:10 a.m.     Court in Session

Appearances of Mr. Brown for the government, Special Agent Bart Garrison, and Mr. Sullivan for the defendant.

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing statement by Mr. Sullivan.

Sentencing statement by Mr. Brown.

Argument by Mr. Sullivan regarding the defendant's Motion for Statutory Sentence [#120] filed August 13, 2014.

Argument by Mr. Brown regarding the defendant's Motion for Statutory Sentence [#120]

1

filed August 13, 2014.

Defendant's Allocution.

> Defendant plead guilty to Counts One and Two of the Information.

Court's findings and conclusions.

**ORDERED:** **The Government's Oral Motion for One Level Reduction in Advisory Guideline Range Based on Acceptance of Responsibility [#123] is GRANTED.**

**The Government's Motion for One Level Reduction in Advisory Guideline Range Based Upon Appellate Waiver [#123] is GRANTED.**

**The Government's Motion to Dismiss the Indictment [#127] is GRANTED. The Indictment [#15], against Mr. King only, is DISMISSED.**

**The defendant's Motion for Statutory Sentence [#120] is GRANTED in part.**

**Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Stuart Bryan King, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of fifteen (15) months.**

**Defendant is ordered to pay a fine of $3,500 into the Crime Victims Fund.  Interest on the Fine is WAIVED.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three (3) years on Count One and one (1) year on Count Two, both terms to run concurrently.**

**Within 72 hours of release from the custody of the Bureau of Prisons**

**the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The mandatory drug testing provisions are waived.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:  Special Conditions of Supervised Release:**

  1. **The defendant is ordered to pay restitution to the IRS at the address specified in the Presentence Investigation Report for all taxes, interests, and penalties due and owing since 2009 in the amount of $33,720.**

  2. **The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the court's judgment and sentence.**

  3. **The defendant shall not cause or induce anyone to conduct any financial transaction on his behalf or maintain funds on his behalf.**

  4. **The defendant shall document all income, compensation, and financial support generated or received from any source and provide such information to the probation officer as requested.**

  5. **The defendant shall comply with all legal obligations associated with the Internal Revenue Service and any applicable state agency regrading federal, state, and income taxes.  This includes resolution of any tax arrearage as well as any continued compliance with federal and state laws regarding the filing of taxes.**

  6. **All employment for the defendant must be approved in advance by the probation officer.**

        **7.**        **If the defendant is removed from this country, he shall not thereafter reenter the United States illegally.  If the defendant reenters the United States legally, he shall report to the nearest United States Probation Office within 72 hours of his return to this country.**

**ORDERED:**   **The Special Assessment fee of $200.00 is imposed, due and payable immediately.**

**ORDERED:**   **The defendant is ordered to pay interest on the restitution unless restitution is paid in full on or before the 15th day after entry of judgment.**

The defendant is advised of his right to appeal both his conviction and sentence imposed pursuant to his conditional plea of guilty.

**ORDERED:**   **That the defendant voluntarily surrender at the institution designated by the Bureau of Prisons on the 30th of September, 2014, at 12:00, noon. In the interim the defendant's bond is continued and all conditions set forth in the Order Setting Conditions of Release shall continue to apply.**

        **The court recommends that the defendant be placed in an institution within the district and state of Colorado suitable to the defendant's security designation.**

11:58 a.m.    Court in Recess
                Hearing concluded
                Time: 00:48