**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Criminal Action No. 13-cr-00130-WJM-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

**1.**    **STUART BRYAN KING**,

       Defendant.

---

**ORDER FOR PAYMENT OF RESTITUTION**

---

Pursuant to the Judgment entered in this matter on August 27, 2014, (ECF No. 129) which states that payment toward restitution begin immediately, and upon information received that the defendant acquired additional funds in his account in the amount of $15,000.00, the Defendant is hereby ORDERED to submit a restitution payment of $15,000.00 to the Clerk's Office no later than September 24, 2014 at 4:00 p.m.

Dated this 22nd day of September, 2014.

BY THE COURT:

William J. Martínez
United States District Judge