**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 13-cr-00130-WJM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**1.    STUART BRYAN KING**,

        Defendant.

---

### AMENDED ORDER FOR PAYMENT OF RESTITUTION

---

        Pursuant to the Judgment entered in this matter on August 27, 2014, (ECF No. 129) which states that payment toward restitution begin immediately, and upon information received that the defendant acquired additional funds in his account in the amount of $15,000.00, the Defendant is hereby ORDERED to submit a restitution payment of **$5,000.00** to the Clerk's Office no later than September 26, 2014 at 4:00 p.m.

        Dated this 23rd day of September, 2014.

        BY THE COURT:

        _____
        William J. Martínez
        United States District Judge